Adversary Case: 17-ap-02110

Plaintiff: State of Ohio Dept. Job & Fam. Services

Defendant: Stephanie Chavonda Scott

# CERTIFICATE OF SERVICE

I, _____Erin M. Dooley_____, certify that I am, and at all times during the
　　　　　　　　(name)

service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of this summons and a copy of the complaint was made _June 13, 2017_ by:
　　　　(date)

☑ Mail Service: Regular, first class United States mail, postage fully pre-paid, addressed to:

　Stephanie Chavonda Scott
　P.O. Box 27333
　Columbus, OH 43227

☐ Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:

☐ Residence Service: By leaving the process with the following adult at:

☐ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

☐ Publication: The defendant was served as follows: [Describe briefly]

☐ State Law: The defendant was served pursuant to the laws of the State of _____,
as follows: [Describe briefly]　　　　　　　　　　　　　　　　　　　　　　　　　　(name of state)

Under penalty of perjury, I declare that the foregoing is true and correct.

_June 13, 2017_　　　　　　　　　　　　　　　　　　/s/ Erin M. Dooley
　　Date　　　　　　　　　　　　　　　　　　　　　　　　Signature

| | |
|---|---|
| Print Name | Erin M. Dooley |
| Business Address | 6305 Emerald Parkway |
| City Dublin　　State OH　　Zip 43016 | |